# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0676
Lower Tribunal No. 22-1478

————————

**Frank A. Robaina,**
Appellant,

vs.

**Christine A. Robaina,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Beaulieu-Fawcett Law Group, P.A., and Stacy N. Beaulieu-Fawcett (Delray Beach), for appellant.

Davis Smith & Jean, LLC, and Laura Davis Smith, and Sonja A. Jean, for appellee.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.